# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

PETER MARKGREN and DARYL STROHSCHEIN,

      Plaintiffs,

vs.

SAPUTO CHEESE USA INC.

      Defendant.

Case No.   3:21-cv-00429-jdp

**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S TORT CAUSES OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT HIRING AND RETENTION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**

Plaintiffs Peter Markgren and Daryl Strohschein ("Plaintiffs") and Defendant Saputo Cheese USA Inc. ("Defendant"), by and through their respective attorneys of record, hereby STIPULATE AND AGREE and request the Court enter an Order dismissing only Plaintiffs' seventh through tenth causes of action for Negligent Infliction of Emotional Distress, Negligent Hiring and Retention, Intentional Infliction of Emotional Distress and Wrongful Termination in Violation of Public Policy, respectively, without prejudice from this action, while simultaneously retaining the first six causes of action based on Title VII of the Civil Rights Act of 1964, 42 USC., §2000e *et seq.,* the Age Discrimination in Employment Act, 29 USC §§621-634, the Americans With Disability Act of 1990, 42 USC §12101 *et seq* and the Family and Medical Leave Act 29 USC §2601 *et seq.*

The parties further STIPULATE and AGREE that entering an Order dismissing Causes of Action 7 through 10 will render Defendant's pending Motion to Dismiss (Dkt. 10) moot with respect to those causes of action. However, nothing in this stipulation is intended to affect Defendant's pending Motion to Dismiss (Dkt. 10) with respect to Causes of Action 2 through 6.

/ / /

/ / /

Dated: January 24, 2022

| | |
|---|---|
| s/ *Beth A. Huber* <br> Beth A. Huber (SBN 1120263) <br> HUBER LAW LLC <br> N1131 County Road L <br> Watertown, WI 53098 <br> Email: bhuber@huberlawfirm.net <br> Telephone: (415) 497-9173 <br> Facsimile: (920) 542-6090 <br><br> ATTORNEYS FOR PLAINTIFFS <br> **PETER MARKGREN and** <br> **DARYL STROHSCHEIN** | s/ *Emily Peterson* <br> Elizabeth McRee (IL SBN 6275501) <br> JONES DAY <br> 77 W. Wacker Drive, Suite 3500 <br> Chicago, IL 60601 <br> Email: emcree@jonesday.com <br> Telephone: (312) 782-3939 <br><br> Emily Peterson (MN SBN 0395218) <br> Bayley Johnson (MN SBN 0400325) <br> JONES DAY <br> 90 South Seventh Street, Suite 4950 <br> Minneapolis, MN 55402 <br> Telephone: (612) 217-8800 <br> Emails: epeterson@jonesday.com <br> bfjohnson@jonesday.com <br><br> Tanya Salman (SBN 1089151) <br> MICHAEL BEST & FRIEDRICH LLP <br> One South Pinckney Street, Suite 700 <br> PO Box 1806 <br> Madison, WI 53701-1806 <br> Email: tmsalman@michaelbest.com <br> Phone: (608) 257-3501 <br> Facsimile: (608) 283-2275 <br><br> ATTORNEYS FOR DEFENDANT <br> **SAPUTO CHEESE USA INC.** |

## [PROPOSED] ORDER

It is hereby ORDERED as follows:

Plaintiffs' Peter Markgren and Daryl Strohschein seventh through tenth tort causes of action against Defendant SAPUTO CHEESE USA INC. for Negligent Infliction of Emotional Distress, Negligent Hiring and Retention, Intentional Infliction of Emotional Distress and Wrongful Termination in Violation of Public Policy are hereby dismissed from this action without prejudice.

DATED: January _____, 2022

_____
Hon. James D. Peterson
United States District Judge

BETH A. HUBER (SBN 1120263)
HUBER LAW LLC
N1131 County Road L
Watertown, WI 53098
Telephone:    (415) 497 9173
Facsimile:    (920) 542-6090
Email: bhuber@huberlawfirm.net

Attorneys for Plaintiffs
PETER MARKGREN and
DARYL STROHSCHEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PETER MARKGREN and DARYL STROHSCHEIN<br><br>            Plaintiffs,<br><br>vs.<br><br>SAPUTO CHEESE USA INC.<br><br>            Defendant. | CASE NO. 3:21-cv-429<br><br>**PROOF OF SERVICE PLAINTIFFS' STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S TORT CAUSES OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT HIRING AND RETENTION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY** |

**PROOF OF SERVICE**

1

## PROOF OF SERVICE

I, Vicki Hagstotz, declare: I am a resident of the United States, over the age of 18 years, and not a party to the above captioned suit. My business address is N1131 County Road L, Watertown, WI 53098. I am readily familiar with my offices' business practices for collection and processing of correspondence.

On the date set forth below, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S TORT CAUSES OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT HIRING AND RETENTION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**

___ (By mail) I caused each of the above document(s) to be placed in a sealed envelope, with postage thereon fully prepaid, to be deposited this date in Watertown, Wisconsin addressed to each party or parties at the addresses listed below

___X_ (By E-Mail) By filing Plaintiffs' Opposition Electronically with the United States District Court – Western District of Wisconsin, Defendant automatically received an electronic copy of the above documents at their E-Mail addresses indicated below.

| | |
|---|---|
| Elizabeth B. McRee, Esq.<br>Jones Day<br>77 West Wacker<br>Chicago, Illinois 60601<br>Tel: (312) 269-4005<br>Facsimile: (312) 782-8585<br>E-mail: emcree@jonesday.com<br><br>Tanya Salmon, Esq.<br>Michael Best & Friedrich LLP<br>One South Pinckney St., Suite 700<br>PO Box 1806<br>Madison, WI 53701-1806<br>tmsalman@michaelbest.com | Emily M. Peterson, Esq.<br>Bayley F. Johnson, Esq<br>JONES DAY<br>90 South Seventh St., Suite 4950<br>Minneapolis, MN 55402<br>epeterson@jonesday.com<br>bfjohnson@jonesday.com |

I declare under penalty of perjury under the laws of the State of Wisconsin that the foregoing is true and correct.

Executed on January 24, 2022 at Watertown, Wisconsin.

*Vicki Hagstotz*
Vicki Hagstotz