# EXHIBIT K

# Peterson, Emily M.

| | |
|---|---|
| **From:** | beth huber <bhuber@huberlawfirm.net> |
| **Sent:** | Wednesday, June 8, 2022 7:49 AM |
| **To:** | Peterson, Emily M. |
| **Cc:** | Vicki Hagstotz; elizabeth erickson; McRee, Elizabeth B.; Salman, Tanya M (20122); Johnson, Bayley F. |
| **Subject:** | RE: Markgren & Strohschein v. Saputo - Discovery Deficiencies |

**\*\* External mail \*\***

Counsel,

In reference to your meet and confer letter, you requested a response by June 10; however, Plaintiffs are unable to do so given I have two oppositions to summary judgment motions due in another matter. As a preliminary response, our discovery responses were pretty complete but I will review the letter just not by 6/10

Beth Huber

**From:** Peterson, Emily M. <epeterson@jonesday.com>
**Sent:** Wednesday, May 25, 2022 9:59 PM
**To:** beth huber <bhuber@huberlawfirm.net>
**Cc:** Vicki Hagstotz <vhagstotz@huberlawfirm.net>; elizabeth erickson <eerickson@huberlawfirm.net>; McRee, Elizabeth B. <emcree@JonesDay.com>; Salman, Tanya M (20122) <tmsalman@michaelbest.com>; Johnson, Bayley F. <bfjohnson@jonesday.com>
**Subject:** RE: Markgren & Strohschein v. Saputo - Discovery Deficiencies
**Importance:** High

Beth,

Please delete the letter I just sent – I attached the wrong document. The correct version of the letter is attached here. Can you please confirm for me once you have deleted the first letter?

Thank you,

Emily

Emily M. Peterson
Associate
**JONES DAY® - One Firm Worldwide℠**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Office +1.612.217.8855
Mobile +1.612.251.7396

**From:** Peterson, Emily M.
**Sent:** Wednesday, May 25, 2022 9:57 PM
**To:** 'beth huber' <bhuber@huberlawfirm.net>
**Cc:** Vicki Hagstotz <vhagstotz@huberlawfirm.net>; elizabeth erickson <eerickson@huberlawfirm.net>; McRee, Elizabeth B. <emcree@jonesday.com>; Salman, Tanya M (20122) <tmsalman@michaelbest.com>; Johnson, Bayley F.

<bfjohnson@jonesday.com>
**Subject:** Markgren & Strohschein v. Saputo - Discovery Deficiencies

Beth,

Please see the attached letter regarding Plaintiffs' responses to Saputo's discovery requests.

Thank you,

Emily

Emily M. Peterson
Associate
**JONES DAY® - One Firm Worldwide℠**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Office +1.612.217.8855
Mobile +1.612.251.7396

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***